UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
                                                                     :
COGNIZANT TECHNOLOGY SOLUTIONS U.S.                                  :    Civil Action No. 10-cv-9077
CORPORATION                                                          :
                                                                     :
                                    Plaintiff,                       :    **NOTICE OF DISMISSAL**
                                                                     :
              - against –                                            :
                                                                     :
                                                                     :
IQOR, INC. (f/k/a INTELLIRISK MANAGEMENT                             :
CORPORATION,                                                         :
                                                                     :
                                    Defendant.                       :
                                                                     :
-------------------------------------------------------------------- x

    PLEASE TAKE NOTICE that Plaintiff COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORPORATION, by and through its undersigned counsel, hereby withdraws and voluntarily dismisses without prejudice the Complaint in this matter pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: December 6, 2010
   Florham Park, New Jersey

                **DLA PIPER LLP (US)**

          By:   s/Andrew O. Bunn
             Andrew O. Bunn
             Attorneys for Plaintiff
             300 Campus Drive, Suite 100
             Florham Park, New Jersey 07932
             (973) 520-2562

To: Michael B. Carlinsky, Esq.
   Quinn Emanuel
   51 Madison Avenue, 22nd Floor
   New York, New York 10010

EAST\43934822.1